IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

SANDY HANSON,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX,

Defendants.

CV 26-88-M-KLD

ORDER OF RECUSAL

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 25th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge